UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23186

ANDRES GOMEZ,

    Plaintiff,

v.

SPEEDWAY LLC, a Delaware Limited
Liability Company,

    Defendant.
_____/

## JOINT MOTION FOR ENTRY OF PROPOSED CONSENT DECREE

Plaintiff, ANDRES GOMEZ and Defendant, SPEEDWAY LLC, have settled and jointly move the Court for entry of the attached proposed Consent Decree.

Dated October 28, 2019

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Daniel B. Rogers* |
| Anthony J. Perez | DANIEL B. ROGERS |
| Florida Bar No.: 535451 | Florida Bar No.: 195634 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | SHOOK HARDY BACON LLP |
| 4937 S.W. 74th Court, Unit #3 | 201 Sd. Biscayne Blvd |
| Miami, FL 33155 | Suite 3200 |
| Telephone: (305) 553- 3464 | Miami, FL 33131 |
| Primary Email: ajperezlaw@gmail.com | Telephone: (305) 358-5171 |
| Secondary Email: ddunn@lawgmp.com | Email: drogers@shb.com |
| aquezada@lawgmp.com | ***Attorneys for Defendant, Speedway, LLC*** |
| ***Attorney for Plaintiff*** | |